Hillsborough,
March 5, 1912.

### HARRINGTON v. MANCHESTER STREET RAILWAY.

CASE, for personal injuries. Trial by jury. Transferred from the January term, 1911, of the superior court by *Mitchell*, J.

At the close of the plaintiff's evidence the defendants moved for a nonsuit on one of the issues of the declaration, namely, the defendants' failure to provide a suitable place for the plaintiff to alight from their car, and that all the evidence bearing upon that issue be stricken from the record. The motion was granted, and the plaintiff excepted.

*James A. Broderick*, for the plaintiff.

*Burnham, Brown, Jones & Warren*, for the defendants.

BINGHAM, J. It could be found from the evidence that the plaintiff's injury was due to her being thrown to the ground by the

sudden starting of the car while she was attempting to step from the floor of the car to the running-board, or from the running-board to the ground. It could also be found from the evidence that in stepping from the running-board to the ground her fall was caused by the unsuitable character of the place where she was invited to alight, or to that cause combined with the sudden starting of the car.

*Exception sustained.*

All concurred.